**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

KEVIN CORCY,

                 Plaintiff,

vs.

TRANS UNION, LLC,

                 Defendant.

Case No.: 8:24-cv-01452-DLB

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kevin Corcy and Defendant Trans Union, LLC, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as there are no remaining Defendants.

Respectfully submitted this 24th day of February 2025.

| | |
|---|---|
| */s/ Levi Y. Eidelman* | */s/ Jacob Michael Adams* |
| Levi Y. Eidelman, MD Bar No. 30903 | Jacob Michael Adams |
| **CONSUMER JUSTICE LAW FIRM** | **BUCHANAN INGERSOLL &** |
| 72-47 139th Street | **ROONEY PC** |
| Flushing, New York 11367 | 1737 King Street, Suite 500 |
| T: (718) 360-0763 | Alexandria, VA 22314 |
| F: (718) 715-1750 | T: (703) 838-6516 |
| E: leidelman@consumerjustice.com | E: jake.adams@bipc.com |
| | |
| *Attorneys for Plaintiff Kevin Corcy* | *Counsel for Defendant Trans Union, LLC* |

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: *<u>/s/ Sierra M. Stewart</u>*
Sierra M. Stewart